IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CORINNE JOHNSON,

    Plaintiff,

v.                                                                   No. 1:23-cv-00880-KG-LF

PROGRESSIVE DIRECT INS. CO.

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby FINDS:

Plaintiff and Defendant have reached a mutually agreed upon confidential resolution of all issues of law and fact in this case. The agreed upon resolution is intended to effect a full and final resolution of any and all claims and causes of action that were brought or could have been brought in this action by and between these parties. These parties have agreed that any and all claims and causes of action that were brought or could have been brought in this action are to be dismissed with prejudice and have asked the Court to issue an order of dismissal with prejudice accordingly. Plaintiff and Defendant have also agreed to bear their own costs and attorneys' fees.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1.     Plaintiff's *Complaint for UM Benefits, Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Breach of Fiduciary Duty, Insurance Bad Faith,*

*Violations of the Unfair Practices Act, and Violations of the Unfair Insurance Practice Act* filed in the Second Judicial District Court, County of Bernalillo, State of New Mexico on 07/14/23 and removed to this Court on 10/06/23 is dismissed with prejudice.

2. Any and all claims and causes of action that were brought or could have been brought in this action are hereby dismissed with prejudice.

3. The parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Taryn M. Kaselonis*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Progressive*


Approved:

**BARBER & BORG, LLC**

*/s/ Nathan S. Anderson (via email 10/25/23)*
Nathan S. Anderson
P.O. Box 67350
Albuquerque, NM  87193-7350
(505) 884-0004
nathan@barberborg.com
*Attorneys for Plaintiff*